**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Eberle Design, Inc.; and Electronic Devices, Inc.,

        Plaintiff/Counterdefendant,

vs.

Reno A & E,

        Defendant/Counterclaimant.

No. CV-02-2575-PHX-DGC
    CV-03-0833 PHX-DGC

**ORDER**

      Pending before the Court are Reno A&E's Motion for Judgment as a Matter of Law (Doc. #183), Reno A&E's Motion for Admitting Declaration of Alain Lamoureux (Doc. #189), and Eberle's Motion for Judgment as a Matter of Law (Doc. #193). For reasons stated on the record during trial, the Court denied all three motions. For purposes of clearing the docket,

      **IT IS ORDERED:**

      1.    Reno A&E's Motion for Judgment as a Matter of Law (Doc. #183) is **denied**.

      2.    Reno A&E's Motion for Admitting Declaration of Alain Lamoureux (Doc. #189) is **denied**.

      3.    Eberle's Motion for Judgment as a Matter of Law (Doc. #193) is **denied**.

      DATED this 27th day of September, 2005.

David G. Campbell
United States District Judge